UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60833-CIV-ZLOCH

JASON KAY,

     Plaintiff,

vs.

ABRAMOWITZ TAX & LIEN SERVICE
CORP., and SHARON RICCARDI,

     Defendants,

and

ABRAMOWITZ TAX & LIEN SERVICE
CORP.

     Counter-Claimant,

vs.

JASON KAY,

     Counter-Defendant.
_____/

**FINAL JUDGMENT AS TO DEFENDANT ABRAMOWITZ TAX & LIEN SERVICE CORP.**

    THIS MATTER is before the Court upon Plaintiff Jason Kay's Notice Of Acceptance Of Rule 68 Offer Of Judgment (DE 7). For the reasons expressed in this Court's Order approving Defendant Abramowitz Tax & Lien Service Corp.'s Offer Of Judgment (DE 7, Ex. A), entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Jason Kay and against Defendant Abramowitz Tax & Lien Service Corp. upon the Complaint (DE 1) filed herein;

    2. Plaintiff Jason Kay does have and recover from Defendant

Abramowitz Tax & Lien Service Corp. the sum of $3,440.24 in damages, together with interest thereon at the rate of 0.48% per annum, for all of which let execution issue;

    3. The Court shall consider a separate motion for attorney's fees;

    4. Pursuant to 28 U.S.C. 1367(c)(3), Defendant Abramowitz Tax & Lien Service Corp.'s Counterclaim (DE 6) be and the same is hereby **DISMISSED** for lack of subject matter jurisdiction.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   2nd    day of July, 2009.

*[signature]*
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record